Territorial Law Library

FILE

2014 FEB -6 PM 12: 14

## IN THE SUPERIOR COURT OF GUAM

CLERK OF COURT

THE PEOPLE OF GUAM, )   CRIMINAL CASE NO. CM0776-10
)
)
vs. )   **DECISION AND ORDER**
)   **ON MOTION TO DISMISS**
)
JACOB BLAS PEREZ, )
)
Defendant. )
)
)

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on January 14, 2014 on Defendant's Motion to Dismiss. The People were represented by Assistant Attorney General James Collins. Defendant was represented by Attorney Terrance Long. After a hearing, the matter was taken under advisement. The Court now issues its Decision and Order.

## BACKGROUND

On July 15, 2013 Defendant Perez filed his Motion to Dismiss. In his memorandum, he argues in favor of dismissal with prejudice as there was a delay in arraigning him in violation of Rasauo II.[1] The record reflects that the Complaint in this matter was filed on September 14, 2010. On October 14, 2010 a summons was issued commanding Perez to appear on December 1, 2010. Perez did not appear on that day. Instead, he returned to Court in May of 2013. Defendant was arraigned on May 8, 2013. Defendant argues dismissal is proper as the date on which he was commanded to appear fell beyond the sixty-day deadline discussed in Rasauo II. For the reasons set forth below, this Court shall grant the motion.

---

[1] People v. Rasauo, 2011 Guam 14.

Decision and Order
Case No. CM0776-10

## DISCUSSION

"An arraignment is the first or preliminary step in the progress of a trial and occurs in the early stages of the proceedings. At arraignment, a defendant is read the charges of the complaint, called to answer the accusation contained in the complaint, and is provided a copy of the complaint before taking a plea." People v. Julian, 2012 Guam 26 ¶ 20. "The defendant shall be arraigned promptly after the indictment or information is filed or after the complaint is filed where prosecution by complaint is required." 8 G.C.A. § 60.10.

The Supreme Court of Guam has held that "unless good cause is shown, a complaint shall be dismissed where a defendant is not promptly arraigned within 60 days of the filing of the complaint." Rasauo II, 2011 Guam 14 ¶ 14. The Supreme Court also emphasized that "[t]he issue of whether or not the case should be dismissed with or without prejudice should be decided in the first instance by the trial court." 2011 Guam 14 ¶ 16.

Defendant, in his motion, states that he was commanded to appear seventy-eight (78) days after the complaint was filed. Thus, even if Defendant was arraigned on December 1, 2010, it would have already been in violation of Rasauo II. The People correctly point out that much of the delay in this case transpired before the rule in Rasauo II was announced. However, they present no opposition to dismissal, only asking that dismissal be without prejudice.

## CONCLUSION

For the reasons set forth above, Defendant's Motion to Dismiss is hereby **GRANTED**. Dismissal shall be without prejudice.

It is **SO ORDERED** this 6th day of February, 2014.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

FEB 0 6 2014

Esther L. Pinaula
Deputy Clerk, Superior Court of Guam

Original Signed By:
Hon. Alberto C. Lamorena III

_____
HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam



**ORIGINAL**